**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | Case No.: 15-21351 |
| Michael Joseph Zita; | Chapter: 13 |
| Debtor(s) | Judge Carol A. Doyle |

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES**

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-21245)**

Dated June 26, 2015.

By:  /s/ Maria Georgopoulos

NOTE: This law firm is a debt collector.