**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>JENNIFER CHRISTINE GRIFFIN<br>AND ATTACHED LIST OF CASES | Bankruptcy Case:  13 B 15189 et al. |

**AGREED SUBSTITUTION OF ATTORNEY**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Maria A. Georgopoulos formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY JOEL P. FONFERKO, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for lender **JP MORGAN CHASE BANK, N.A.,** and Maria A. Georgopoulos formerly of Codilis & Associates, P.C. withdraws her appearance from the case and the parties agree as follows:

| COUNSEL SUBSTITUTING<br>AND APPEARING: | COUNSEL WITHDRAWING: |
|---|---|
| Joel P. Fonferko<br>Codilis & Associates, P.C.<br>15W030 N. Frontage Rd., #100<br>Burr Ridge, IL 60527 | Maria A. Georgopoulos<br>formerly of Codilis & Associates, P.C.<br>15W030 N. Frontage Rd., #100<br>Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Joel P. Fonferko                    /s/ Maria A. Georgopoulos

Dated August 7, 2015

                                            Respectfully Submitted,

                                          /s/ Joel P. Fonferko
                                          Joel P. Fonferko ARDC #6276490
                                          Codilis & Associates, P.C.
                                          15W030 N. Frontage Rd., #100
                                          Burr Ridge, Illinois 60527
                                          630-794-5300

Attached List of Cases:

| Case # | Debtor(s) |
|---|---|
| 13-15189 | Jennifer Christine Griffin |
| 13-30687 | Ronald Trotter and Vickie C Trotter |
| 13-35025 | Edwina A Wilson |
| 13-35724 | Sandra Lindsey-Young |
| 13-37249 | Claudette Stevenson |
| 13-37693 | Deloris Smothers |
| 13-38458 | Andrew Wineburgh |
| 13-42515 | Jorge Valadez |
| 13-43057 | Clorydine Mcgee |
| 13-43601 | Lorraine Marie Belsky |
| 14-00216 | Mikal A Bittick |
| 14-04271 | Michael F. Cunningham, II and Kristin A. Hellquist |
| 14-09574 | Michelle L Navarro |
| 14-15473 | Karl A Tews |
| 14-27686 | Silver Ann Carroll |
| 14-31939 | Gregory R Morton |
| 14-33934 | Joyce Cefalu |
| 14-34661 | Julius S Cousin, Jr. and Janice W Cousin |
| 14-37089 | Milena P Stoeva |
| 14-37466 | Salomon Cortez and Ruth Cortez |
| 14-39195 | Ebony Michele Dill |
| 14-39467 | Joe W Freelon, JR |
| 14-42312 | Monique M Harris |
| 14-45265 | Gwendolyn S Easterling |
| 15-02367 | Manuel Chacon |
| 15-03470 | Aneshea A Martinez |
| 15-03740 | Michael Luckett and Sharon Luckett |
| 15-10133 | Brian J. Bradshaw |
| 15-12514 | James C. Jelinski |
| 15-13129 | Troy E Hackman |
| 15-13909 | Alberto M. Martinez, Sr. |
| 15-14688 | Juan Carlos Sanchez |
| 15-15596 | Jorge Cortina and Beatriz Martinez |
| 15-20297 | Lorri Ann Newson |
| 15-21351 | Michael Joseph Zita |
| 11-37108 | Darnell H Hawkins, Jr. |
| 13-14269 | Hector Manuel Ortiz and Monica Vargas |