IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AGREED SUBSITUTION OF COUNSEL

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF THE PARTIES, attorney Paul. M. Bach of Sulaiman Law Group, Ltd. hereby agrees that attorney Paul M. Bach of Bach Law Offices hereby substitutes in and appears as counsel for the following Debtors:

| Case No. | Debtor |
|---|---|
| 10-29846 | Lloyd Ehrenberg and Jan Ehrenberg |
| 11-00662 | Lenin W Bastidas |
| 11-08941 | Randy G Bibb and Deborah A Bibb |
| 12-03561 | Linda Fallucca |
| 12-41945 | Michael S. Rywelski |
| 13-06990 | Michael D Sylvester and Dawn M Sylvester |
| 13-08868 | Nabil Z Abadeer |
| 13-42860 | Robert Edwin Gast and Christina Rose Gast |
| 14-23804 | Physicians Community Medical Center, S.C. |
| 14-24420 | Ramon Aguirre and Bertha Aguirre |
| 14-44618 | Daniel Fryza and Katherine Revelas |
| 15-07521 | Ada A. Giron |
| 15-08916 | Faye T. Pantazelos |
| 15-11760 | Mary Ann DeCarlo |
| 15-15823 | ARS Capital Investments, LLC |
| 15-21351 | Michael Joseph Zita |
| 15-33948 | Edward Henry Rensi |
| 15-35338 | Julie T. Ho |
| 16-03455 | Charice M. Phillips |

Paul M. Bach, Formerly of Sulaiman Law Group, LTD withdraws his appearance from the cases listed above and the parties agree as follows:

| Counsel Substituting and Appearing | Counsel Withdrawing |
|---|---|
| /s/ Paul M. Bach | /s/ Paul M. Bach |
| Bach Law Offices | Sulaiman Law Group, Ltd. |
| PO Box 1285 | 900 Jorie Blvd, Suite 150 |
| Northbrook, IL 60065 | Oak Brook, IL 60523 |
| 847-564-0808 | 630-575-8181 |
| 847-564-0985 | 630-575-8188 |
| paul@bachoffices.com | Paul.bach@sulaimanlaw.com |
| Attorney ID - 6209530 | Attorney ID - 6209530 |