UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
MICHAEL JOSEPH ZITA a/k/a )
MICHAEL J. ZITA )
      Debtor )
)
) No.   BK NO. 15-21351

## ORDER TO INCUR AND/OR OBTAIN DEBT

**THIS CAUSE** coming on to be heard on the Debtors Motion to Incur and/or Obtain Debt, the Court being duly advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED:**

1. The Motion to Incur and/or Obtain Debt is GRANTED;

2. The Debtor is allowed to refinance the property located at 181 Herrick Road, Riverside, IL 60546;

3. The Debtor shall utilize the loan proceeds to payoff the Chapter 13 bankruptcy case upon closing;

4. Creditor, B. Bruce, Inc., shall be paid in full from the closing proceeds directly from the title company closing the loan;

5. ~~The title company closing the loan shall hold any required Release of Lien from B. Bruce, Inc. as escrowee and shall not record the same until creditor B. Bruce, Inc. has been paid in full; and~~

5. [6.] Any other relief deemed appropriate or equitable.

DATED: 12/6/16

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

**Prepared by:**
Jay A. Andrew (6269336)
Drost, Gilbert, Andrew & Apicella, LLC
4811 Emerson Ave. #110
Palatine, Illinois 60067
(847) 934-6000