UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 15-21351
MICHAEL JOSEPH ZITA  )
  )  Chapter: 13
  )  Honorable Carol Doyle
  )
  )
Debtor(s)  )

## ORDER TO RETAIN SETTLEMENT PROCEEDS

THIS CAUSE coming to be heard on Debtor's Motion to Retain Settlement Proceeds, all parties having due notice and the court being advised and having jurisdiction, IT IS HEREBY ORDERED THAT:

1. The motion is granted to the extent that the Debtor is allowed to Retain Settlement Proceeds.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 11, 2017

**Prepared by:**

Joseph S. Davidson
Counsel for Debtor
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188